UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEAT LAND, INC., <br><br> Plaintiff, <br> vs. <br><br> SYNGENTA CORPORATION; <br> SYNGENTA CROP PROTECTION, LLC; <br> and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:24-cv-00265-SKO <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY DATES AND PRETRIAL DATES** |

Having considered the parties' Joint Stipulation and Application to Modify Case Schedule ("Joint Stipulation"), (Doc. 44), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the June 4, 2024 Scheduling Order, (Doc. 11), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery | May 1, 2025 | October 31, 2025 |
| Expert Disclosure | May 1, 2025 | October 31, 2025 |
| Rebuttal Expert Disclosure | May 15, 2025 | November 17, 2025 |
| Expert Discovery Cutoff | July 31, 2025 | November 28, 2025 |

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar. In addition, although the parties did not request an enlargement of the pretrial and trial dates, such enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.

| | | |
|---|---|---|
| Last Day to File Non-Dispositive Motions | July 31, 2025 | December 3, 2025 |
| Non-Dispositive Motions Hearing | September 10, 2025 | January 7, 2026 |
| Last Day to File Dispositive Motions | August 29, 2025 | February 4, 2026 |
| Dispositive Motions Hearing | October 8, 2025 | March 11, 2026 |
| Deadline to Provide Proposed Settlement Conference Dates | August 18, 2025 | April 8, 2026 |
| Pre-Trial Conference | December 17, 2025 | May 6, 2026 |
| Trial | March 24, 2026 | July 7, 2026 |

ORDER

IT IS SO ORDERED.

Dated: **May 6, 2025**       /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE