UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEAT LAND, INC., | Case No. 1:24-cv-00265-SKO |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY DATES AND PRETRIAL DATES** |
| vs. | |
| SYNGENTA CORPORATION; SYNGENTA CROP PROTECTION, LLC; and DOES 1 through 10, inclusive, | (Doc. 16) |
| Defendants. | |

Having considered the parties' Joint Stipulation and Application to Modify Case Schedule ("Joint Stipulation"), (Doc. 16), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the June 4, 2024 and May 6, 2025 Scheduling Order, (Docs. 11, 13), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery | October 31, 2025 | January 15, 2026 |
| Expert Disclosure | October 31, 2025 | February 13, 2026 |
| Rebuttal Expert Disclosure | November 17, 2025 | February 27, 2026 |
| Expert Discovery Cutoff | November 28, 2025 | March 27, 2026 |
| Last Day to File Non-Dispositive Motions | December 3, 2025 | April 8, 2026 |
| Non-Dispositive Motions Hearing | January 7, 2026 | May 13, 2026 |

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.

Page **1** of **2**

| Last Day to File Dispositive Motions | February 4, 2026 | April 20, 2026 |
|---|---|---|
| Dispositive Motions Hearing | March 11, 2026 | May 25, 2026 |
| Deadline to Provide Proposed Settlement Conference Dates | April 8, 2026 | ---[2] |
| Pre-Trial Conference | May 6, 2026 | July 22, 2026 |
| Trial | July 7, 2026 | September 22, 2026 |

IT IS SO ORDERED.

Dated:  **September 30, 2025**              /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE

---

[2] The deadline for requesting a settlement conference has been vacated and not rescheduled. The parties may jointly contact Courtroom Deputy Wendy Kusamura at wkusamura@caed.uscourts.gov to schedule a settlement conference.