# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEAT LAND, INC., | Case No.  1:24-cv-00265-SKO |
| Plaintiff, | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | (Doc. 18) |
| SYNGENTA CORPORATION, et al., | |
| Defendants. | |

On April 10, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 18).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **April 13, 2026**            /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE